**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**March 30, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee,

v.

DUWUAN FLORSELLE SHANNON,

　　Defendant - Appellant.

No. 25-6119
(D.C. No. 5:23-CR-00037-PRW-1)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on the Unopposed Motion for Summary Affirmance

filed by the United States. The United States moves for summary affirmance based

on this court's recent published decision in _Vincent v. Bondi_, 127 F.4th 1263 (10th

Cir. 2025), _cert. denied_ No. 24-1155, 607 U.S. --, 2026 WL 568283 (Mar. 2, 2026).

In his opening brief, the appellant's sole argument is that the statute he was convicted

of violating, 18 U.S.C. § 922(g)(1), is unconstitutional. Now that the Supreme Court

---

[*] After examining the United States' motion and the appellate record, this
panel has determined unanimously that oral argument would not materially assist in
the determination of the motion or the appeal. _See_ Fed. R. App. P. 34(a)(2);
10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.
Additionally, this order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Federal Rule of Appellate
Procedure 32.1 and 10th Circuit Rule 32.1.

has denied certiorari in *Vincent*, which presented the same issue on appeal that the appellant raised here, the appellant concedes his only appellate issue is foreclosed by circuit precedent.

In light of the foregoing, the abatement of proceedings in this appeal is lifted, and the United States' motion for summary affirmance is granted. The judgment of the district court is affirmed.

Entered for the Court

Per Curiam